[No. 12333-2-III.   Division Three.   October 5, 1993.]

TRANSAMERICA INSURANCE GROUP, *Appellant*, v. VALLEY PHARMACY, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whitman County, No. 87-2-00048-4, Richard W. Miller, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 15220-7-II.   Division Two.   October 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBJOHN M. LLAMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-8-00469-6, Lawrence E. Soriano, J. Pro Tem., entered July 26, 1991. *Affirmed in part* and *vacated in part* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 15733-1-II.   Division Two.   October 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON HUSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. J-15164, Robert J. Doran, J., entered January 23, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Houghton, JJ.